AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Donna S. | U. S. District Court, Eastern District of Louisiana | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active Status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

500 Poydras St., Room C322
New Orleans, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Education Committee of the Louisiana Bar Foundation |
| 2. | Member of the Board of Directors | New Orleans Chapter of the Federal Bar Association |
| 3. | Member | Community Advisory Board for Le Petit Theatre |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | McGlinchey Stafford PLLC - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tarleton State University and Texas A&M School of Law | 11/04/2016-11/05/2016 | Fort Worth, TX | Conference | Travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Neighbors Federal Credit Union | A | Interest | K | T | | | | | |
| 2. Iberia Bank checking accounts | A | Interest | K | T | | | | | |
| 3. Transocean Inc | | None | | | Sold | 06/06/16 | J | | |
| 4. Apache Corp | A | Int./Div. | K | T | Buy<br>(add'l) | 02/23/16 | J | | |
| 5. | | | | | Buy<br>(add'l) | 05/24/16 | J | | |
| 6. | | | | | Buy<br>(add'l) | 08/23/16 | J | | |
| 7. | | | | | Buy<br>(add'l) | 11/23/16 | J | | |
| 8. BHP Billiton Adr New | | None | | | Sold | 03/01/16 | J | | |
| 9. C H Robinson Worldwide | A | Int./Div. | K | T | Buy<br>(add'l) | 01/04/16 | J | | |
| 10. | | | | | Buy<br>(add'l) | 04/01/16 | J | | |
| 11. | | | | | Buy<br>(add'l) | 07/01/16 | J | | |
| 12. | | | | | Buy<br>(add'l) | 10/03/16 | J | | |
| 13. Fluor Corporation New | A | Int./Div. | K | T | Buy<br>(add'l) | 01/06/16 | J | | |
| 14. | | | | | Buy<br>(add'l) | 04/05/16 | J | | |
| 15. | | | | | Buy<br>(add'l) | 07/06/16 | J | | |
| 16. | | | | | Buy<br>(add'l) | 10/05/16 | J | | |
| 17. Deere & Co | A | Int./Div. | K | T | Buy<br>(add'l) | 02/02/16 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 05/03/16 | J | | |
| 19. | | | | | Buy<br>(add'l) | 08/02/16 | J | | |
| 20. | | | | | Buy<br>(add'l) | 11/02/16 | J | | |
| 21.   Dover Corporation | A | Int./Div. | J | T | Buy<br>(add'l) | 03/16/16 | J | | |
| 22. | | | | | Buy<br>(add'l) | 06/16/16 | J | | |
| 23. | | | | | Buy<br>(add'l) | 09/16/16 | J | | |
| 24. | | | | | Buy<br>(add'l) | 12/16/16 | J | | |
| 25.   Johnson Controls Inc | | None | | | Buy<br>(add'l) | 01/06/16 | J | | |
| 26. | | | | | Buy<br>(add'l) | 04/05/16 | J | | |
| 27. | | | | | Buy<br>(add'l) | 07/06/16 | J | | |
| 28. | | | | | Buy<br>(add'l) | 08/22/16 | J | | |
| 29. | | | | | Sold | 09/06/16 | K | A | |
| 30.   Bed Bath & Beyond | | None | J | T | Buy<br>(add'l) | 07/20/16 | J | | |
| 31. | | | | | Buy<br>(add'l) | 10/19/16 | J | | |
| 32.   C V S Caremark Corp | A | Int./Div. | K | T | Buy<br>(add'l) | 02/03/16 | J | | |
| 33. | | | | | Buy<br>(add'l) | 05/03/16 | J | | |
| 34. | | | | | Buy<br>(add'l) | 08/02/16 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/04/16 | J | | |
| 36. Sysco Corporation | A | Int./Div. | K | T | Buy (add'l) | 01/25/16 | J | | |
| 37. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 38. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 39. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 40. | | | | | Sold (part) | 12/16/16 | J | C | |
| 41. Becton Dickinson & Co | A | Int./Div. | K | T | Buy (add'l) | 01/04/16 | J | | |
| 42. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 43. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 44. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 45. Express Scripts Inc | | None | K | T | Buy (add'l) | 12/16/16 | J | | |
| 46. Unitedhealth Group Inc | A | Int./Div. | K | T | Buy (add'l) | 03/23/16 | J | | |
| 47. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 48. | | | | | Buy (add'l) | 09/21/16 | J | | |
| 49. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 50. Teva Pharm Inds Ltd Adrf | A | Int./Div. | J | T | | | | | |
| 51. Bank of New York Mellon C | A | Int./Div. | K | T | Buy (add'l) | 02/16/16 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 53. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 54. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 55. Wells Fargo & Co New | A | Int./Div. | K | T | Buy (add'l) | 03/02/16 | J | | |
| 56. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 57. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 58. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 59. A F L A C Inc | A | Int./Div. | K | T | Buy (add'l) | 03/02/16 | J | | |
| 60. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 61. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 62. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 63. H C P Inc | A | Int./Div. | J | T | Buy (add'l) | 02/24/16 | J | | |
| 64. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 65. | | | | | Buy (add'l) | 08/24/16 | J | | |
| 66. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 67. Cisco Systems Inc | A | Int./Div. | K | T | Buy (add'l) | 01/21/16 | J | | |
| 68. | | | | | Buy (add'l) | 04/28/16 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 70. | | | | | Buy (add'l) | 10/27/16 | J | | |
| 71.  Visa Inc Class A | A | Int./Div. | K | T | Buy (add'l) | 03/02/16 | J | | |
| 72. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 73. | | | | | Buy (add'l) | 09/07/16 | J | | |
| 74. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 75.  Western Union Company | A | Int./Div. | K | T | Buy (add'l) | 01/04/16 | J | | |
| 76. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 77. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 78. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 79.  Cognizant Tech Sol Cl A | | None | J | T | | | | | |
| 80.  Oracle Corporation | A | Int./Div. | K | T | Buy (add'l) | 01/28/16 | J | | |
| 81. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 82. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 83. | | | | | Buy (add'l) | 10/27/16 | J | | |
| 84.  A T & T New | A | Int./Div. | J | T | Buy (add'l) | 02/02/16 | J | | |
| 85. | | | | | Buy (add'l) | 05/03/16 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 87. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 88. Entergy Corp New | A | Int./Div. | J | T | Buy (add'l) | 03/02/16 | J | | |
| 89. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 90. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 91. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 92. Salle Mae Bank CD | A | Int./Div. | K | T | Sold (part) | 11/07/16 | J | | |
| 93. Bank of Baroda CD | | None | | | Sold | 12/27/16 | J | | |
| 94. Discover Bank CD | A | Int./Div. | K | T | | | | | |
| 95. BMW Bank North America C | A | Int./Div. | K | T | | | | | |
| 96. GE Cap Bk Instl CD | A | Int./Div. | K | T | | | | | |
| 97. GE Cap Retail Bank | A | Int./Div. | K | T | | | | | |
| 98. CIT Bank CD | A | Int./Div. | K | T | | | | | |
| 99. Schwab Govt Money Fund | A | Interest | L | T | | | | | |
| 100. Schwab Money Market Fund | A | Interest | K | T | | | | | |
| 101. Halliburton Co Hldg Co | | None | | | Buy (add'l) | 03/24/16 | J | | |
| 102. | | | | | Sold | 06/14/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nucor Corp | A | Int./Div. | J | T | Buy (add'l) | 09/30/16 | J | | |
| 104. Pepsico Incorporated | A | Int./Div. | K | T | Buy (add'l) | 01/08/16 | J | | |
| 105. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 106. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 107. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 108. Berkshire Hathaway Cl B | | None | K | T | | | | | |
| 109. Apple Computer Inc. | A | Int./Div. | K | T | | | | | |
| 110. Vodafone Group Plc | A | Int./Div. | J | T | | | | | |
| 111. ITC Holding Corp (X) | | None | | | Sold | 10/18/16 | J | B | |
| 112. Kinder Morgan Inc. (X) | A | Int./Div. | K | T | Buy | 05/27/16 | K | | |
| 113. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 114. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 115. United Technologies Corp | A | Int./Div. | K | T | Buy (add'l) | 03/11/16 | J | | |
| 116. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 117. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 118. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 119. TJX Cos Inc | A | Int./Div. | K | T | Buy (add'l) | 03/04/16 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 121. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 122. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 123. Amgen Incorporated | A | Int./Div. | K | T | Buy (add'l) | 03/09/16 | J | | |
| 124. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 125. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 126. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 127. Baxter International Inc. | A | Int./Div. | K | T | | | | | |
| 128. PNC Finl Services Gp Inc | A | Int./Div. | K | T | | | | | |
| 129. UPS of America | B | Int./Div. | K | T | | | | | |
| 130. Boeing Company | B | Int./Div. | K | T | | | | | |
| 131. Goldman Sachs Bank CD | B | Int./Div. | L | T | | | | | |
| 132. GE Capital Bank CD | A | Int./Div. | K | T | | | | | |
| 133. Toronto Dominion Bank | A | Int./Div. | K | T | | | | | |
| 134. Grainger W W Inc. | A | Int./Div. | J | T | Buy (add'l) | 03/02/16 | J | | |
| 135. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 136. | | | | | Buy (add'l) | 09/02/16 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 138. Mc Cormick & Co Inc. N-Vt | A | Int./Div. | K | T | Buy (add'l) | 01/19/16 | J | | |
| 139. | | | | | Buy (add'l) | 04/26/16 | J | | |
| 140. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 141. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 142. Qualcomm Inc. | A | Int./Div. | K | T | Buy (add'l) | 03/24/16 | J | | |
| 143. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 144. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 145. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 146. Potash Corp Sask Inc. | A | Int./Div. | J | T | Buy (add'l) | 09/30/16 | J | | |
| 147. Emerson Electric Co | A | Int./Div. | K | T | Buy (add'l) | 03/11/16 | J | | |
| 148. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 149. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 150. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 151. Genuine Parts Co. | A | Int./Div. | K | T | Buy (add'l) | 04/04/16 | J | | |
| 152. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 153. | | | | | Buy (add'l) | 10/04/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Procter & Gamble Co | A | Int./Div. | K | T | Buy<br>(add'l) | 02/17/16 | J | | |
| 155. | | | | | Buy<br>(add'l) | 05/17/16 | J | | |
| 156. | | | | | Buy<br>(add'l) | 08/16/16 | J | | |
| 157. | | | | | Buy<br>(add'l) | 11/16/16 | J | | |
| 158.  Johnson & Johnson | A | Int./Div. | K | T | Buy<br>(add'l) | 03/09/16 | J | | |
| 159. | | | | | Buy<br>(add'l) | 06/08/16 | J | | |
| 160. | | | | | Buy<br>(add'l) | 09/07/16 | J | | |
| 161. | | | | | Buy<br>(add'l) | 12/07/16 | J | | |
| 162.  IAC/InterActiveCorp | A | Int./Div. | K | T | | | | | |
| 163.  Baxalta Inc. | | None | | | Sold | 06/03/16 | J | C | |
| 164.  VF Corporation | A | Int./Div. | K | T | Buy | 05/27/16 | K | | |
| 165. | | | | | Buy<br>(add'l) | 06/21/16 | J | | |
| 166. | | | | | Buy<br>(add'l) | 09/20/16 | J | | |
| 167. | | | | | Buy<br>(add'l) | 12/16/16 | J | | |
| 168. | | | | | Buy<br>(add'l) | 12/20/16 | J | | |
| 169.  Johnson Controls plc | A | Int./Div. | J | T | Buy | 09/06/16 | K | | |
| 170. | | | | | Sold<br>(part) | 09/07/16 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Fortis Inc (X) | A | Int./Div. | J | T | | | | | |
| 172. | | | | | Sold<br>(part) | 10/18/16 | J | A | |
| 173.  Adient PLC Ord | | None | J | T | Buy | 10/31/16 | J | | |
| 174. | | | | | Sold<br>(part) | 10/31/16 | J | | |
| 175.  Western Digital Corp | | None | K | T | Buy | 05/27/16 | K | | |
| 176. | | | | | Buy<br>(add'l) | 07/18/16 | J | | |
| 177. | | | | | Buy<br>(add'l) | 10/18/16 | J | | |
| 178.  Shire PLC ADR | A | Int./Div. | J | T | Buy | 06/03/16 | J | | |
| 179. | | | | | Sold<br>(part) | 06/06/16 | J | A | |
| 180.  Alliance Data Systems | A | Int./Div. | K | T | Buy | 09/30/16 | K | | |
| 181. | | | | | Buy<br>(add'l) | 12/19/16 | J | | |
| 182.  Quality Care Properties REIT | | None | J | T | Buy | 11/01/16 | J | | |
| 183. | | | | | Sold<br>(part) | 11/01/16 | J | | |
| 184.  Hospitality Pptys TRUST | A | Int./Div. | J | T | Buy | 12/16/16 | J | | |
| 185.  Whirlpool Corp | A | Int./Div. | K | T | Buy | 12/16/16 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII; LINE 112:

The Kinder Morgan Inc. investment was completely disposed of in January 2015. Kinder Morgan Inc. was repurchased in May 2016.

PART VII; LINES 111 and 171:

The shareholders of ITC Holdings Corp. approved the acquisition of ITC Holdings by Fortis Inc. on June 22, 2016. Under the terms of the transaction, ITC shareholders received .7520 of a Fortis common share for each ITC common share. Due to this acquisition, shares of Fortis Inc. are now being included in the 2016 financial disclosure report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donna S. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544